IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICK TYRONE ROBINSON,

    Plaintiff,

v.

MELODY NAVANO and SGT WEEDY,

    Defendants.

ORDER

Case No. 20-cv-142-jdp

Plaintiff Rick Tyrone Robinson, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has submitted trust fund account statements in support of the motion for leave to proceed without prepaying the fee. Dkt. 4. The statements plaintiff submitted in this case do not cover the six-month period immediately preceding the filing of plaintiff's complaint. However, plaintiff has submitted trust fund account statements in case no. 20-cv-04-jdp that do cover the six-month period. Therefore, I will adopt the trust fund account statements filed in case no. 20-cv-04-jdp when deciding plaintiff's motion in this case.

After considering plaintiff's motion and supporting documentation, the court concludes that plaintiff qualifies for indigent status. Even when a prisoner litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statements, I conclude plaintiff's initial partial filing fee to be $79.65. For this case to proceed, plaintiff must submit this amount on or before March 24, 2020.

ORDER

IT IS ORDERED that,

1. Plaintiff Rick Tyrone Robinson is assessed $79.65 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $79.65 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before March 24, 2020. If plaintiff does not have enough money to make the initial partial payment from plaintiff's regular account, plaintiff should arrange with authorities to pay the remainder from plaintiff's release account.

2. If, by March 24, 2020, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 2nd day of March, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge